Case 2:26-cr-00316-SPC-KRH Document 1 Filed 11/13/26 Page 1 of 1 PageID 1

PROB 22
(Rev. 01/24)

# TRANSFER OF JURISDICTION

| | |
|---|---|
| DOCKET NUMBER *(Tran. Court)* | 113C 1:17CR20709-1 |
| DOCKET NUMBER *(Rec. Court)* | |

| | |
|---|---|
| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE | Benito Gonzalez, Eduardo |
| DISTRICT | Southern District of Florida |
| DIVISION | |
| NAME OF SENTENCING JUDGE | The Honorable Ursula Ungaro |
| DATES OF PROBATION/ SUPERVISED RELEASE | FROM 04/04/2025 TO 04/03/2030 |

OFFENSE
Title 21 USC 84l(a)(1) - Possession with intent to distribute 50 grams or more of methamphetamine

Titlt 2 l USC 84 l(a)( 1 ) - Possession with intent to distribute 50 grams or morc of methamphetamine

JUSTIFICATION/REASON FOR TRANSFER (e.g., prosocial ties, employment/education opportunities, violation of supervision)
prosoical ties and violation of supervision

**PART 1 - ORDER TRANSFERRING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE Southern DISTRICT OF Florida

IT IS HEREBY ORDERED that, pursuant to 18 U.S.C. 3605, the jurisdiction of the probationer or supervised releasee named above be transferred with the records of this Court to the United States District Court for the Middle District of Florida upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this court.*

11/16/2026
*Date*

*United States District Judge*

*This sentence may be deleted in the discretion of the transferring Court.

**PART 2 – ORDER ACCEPTING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE Middle DISTRICT OF Florida

IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

November 20, 2026
*Effective Date*

*United States District Judge*